Eastern District of Kentucky
**FILED**

**SEP 27 2021**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### _____ DIVISION at _____

CIVIL ACTION NO. 2:21-CV-120-DLB (Court Clerk will supply)

DAVON BURKE
**PLAINTIFF**

VS:

Demand for Jury Trial:
Yes ( ✓ ) No ( )

I WEB Visit;
Combined Public Commun.     (do not use "et al.",
Kenton Cty Det Center          enter full names)

_____

_____

**DEFENDANTS**

I.    **Plaintiff:**

A. Name (list any aliases):  DAVON BURKE _____

B. Prisoner ID #: _____ Check one: Convicted ____ Pretrial Detainee ✓

C. Place of present confinement:  KENTON CTY DET CENTER

D. Address: _____

II.   **Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name:     I WEB VISIT
Title or Position:     Visiting company
Place of Employment:  Kenton Cty Det Center
B. Defendant's Name:   Combined Public Communications
Title or Position:     Visiting company
Place of Employment:  Kenton Cty Det Center

Page 1 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Defendant's Name: Kenton Cty Det Center

Title or Position: _____

Place of Employment: Kenton Cty Det Center

D. Defendant's Name: _____

Title or Position: _____

Place of Employment: _____

E. Defendant's Name: _____

Title or Position: _____

Place of Employment: _____

## III.  Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

The bathroom has no door or screen on it so everyone can see directly into the bathroom. There is no dividers between the bathroom toilets. The visiting camera can see directly into the bathroom in all dorms to exclude females.

The visitation booth (station A) has a direct line of sight at me or other inmates whose family comes to the jail and visits or who does a virtual visit either one. I have been informed that my pictures that was screen shoted of me on the toilet by other Peoples family has been placed on social media and Facebook.

Plaintiff, Dave Burke et al hereby reiterates and incorporates by reference each and every allegation contained within paragraph 41 thru 46 as if fully recited herein and further states the following:

41. IWEBVISIT/ Combined Public Communications (CPC) is a visiting company that is contracted with KCFC/KCDC to provide visiting services to the inmate population at the KCDC.

42. Burke et al asserts that on or about Sept 26 2020 thru Aug 19 2021 on station A in dorm 106 all inmates family was able to view inside the males/females dorm bathroom and see inmates utilizing the facility and/or other peoples family observed Burke et al and /or all other inmates housed in 104,106 & 108 to include Kenneth Lawson and Rodney Ruggles while they was using the bathroom. All in violation of their fourth and fifth amendment rights to privacy among other rights.[8]

43. Burke asserts that the way that the visiting booth is set up in the dorms and the position it is in looks straight into the 104,106 male dorms and 108 female dorms bathroom.

44. It is Burke belief that this is a violation of not only **all** inmates rights that has been housed in 104,106 and 108 females dorms and other dorms in the KCDC do to the manner that the visiting booth has

---

[7]. It is Burke's intention to show that the defendants have neglected to establish the minimum constitutional mandates for both due process and physical restraints.

[8]Burke has added a number or other inmates names in count six do to their privacy rights being violated in the same manner also.

been negligently set up and positioned .

45. It is Burke's belief that not only the KCDC/KCFC and/or I WEB VISIT/Combined Public Communication is at fault. it is a total lack of care on the part of defendants behalf as they have been made aware of this situation and have refused to do anything to correct it.

46. Burke et al asserts that this situation has caused him to have difficulty sleeping, panic attacks and increased anxiety and other issues do to it coming to Burke's et al attention that the video of the visitationhas been saved by peoples family and placed on social media.,( ie facebook.)

47. It is Burke's et al intention to show that the named defendants have acted in a manner that was tortuous and a violation of intrusion upon seclusion , invasion of privacy that caused intentional infliction of emotional distress ,negligent highers of the Correctional Officers that monitor the visiting as the are going, and breach of duty.

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

B. When did these events happen?

During my incarceration into the Kenton Cty def. Center on or about 9-01-20 -thru 9-01-21

SEDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Where did these events happen?

In dorm 106 At the Kelton Cty Det Center

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

4th - 5th Amendment Right to exclude state Law tortous AND violation of intrusion upon seclusion, invasion of privacy that caused intentional infliction of emotional distress, negligent highing

## IV.    Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES (____)   NO (____)

2. If so, did you (check **ALL** that apply):
   _____ file a request or appeal to the Warden                                    _____ date
   _____ appeal to the Regional Director                                             _____ date
   _____ appeal to the Office of General Counsel                                 _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

Page 4 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

4.  What was the result? _____

_____

_____

5.  If you did not file a grievance, why not? _____

_____

_____

_____

B.  **State Prisoners** answer the following:

1.    Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?        YES ( ✓ )  NO ( ___ )

2.    If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

| | | |
|---|---|---|
| ✓ file a grievance and seek an informal resolution | 8-2-21 | date |
| ✓ request a hearing from the Grievance Committee | 8-10-21 | date |
| ✓ appeal to the ~~Warden~~ Jailer | 8-23-21 | date |
| ___ appeal to the Commissioner | | date |

Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
         YES ( ___ )  NO ( ___ )

_____ date

3.    **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4.    What was the result? ___ All grievance forms ___ are kept or Keiosh _____

_____

5.    If you did not file a grievance, why not?

_____

_____

_____

Page 5 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

**C.**    **County or City Prisoners** answer the following:

1.    Is there a grievance/appeal policy at your jail?   YES ( ✓ )   NO ( )
2.    **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

Appeal to the Deputy Jailer and/or Capt. Smith
_____

3.    Did you file a grievance regarding these facts?   YES ( ✓ )   NO ( )

4.    If you filed a grievance:

a.    What steps did you take to use the grievance process?   I Filed a grievance on the Keish

b.    What was the result?   No response so I appealed

c.    If unsuccessful, did you file an appeal?    YES ( ✓ )   NO ( )
d.    What was the result?   No response

e.    Did you take any further steps in the grievance process?

YES ( )  NO ( )    NO MORE AVAILABLE ( ✓ )

f.    What was the result? _____

5.    If you did not file a grievance, why not?: _____

Page 6 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

## V.   OTHER LAWSUITS

A.    Have you filed any other lawsuit dealing with the same facts raised in this action?   YES (___) NO (✓)

B.    If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _____

Defendant(s): _____

_____

_____

2. COURT: (name the district for a federal court, or the county for a state court)

_____

3. CASE NO.: _____ DATE FILED: _____

4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

_____

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

1.  Plaintiff _____ vs.  Defendant(s) _____

Court Name: _____ Case No.: _____

Nature of Claim: _____ Date Filed: _____

Outcome: _____ Date: _____

2.  Plaintiff _____ vs.  Defendant(s) _____

Court Name: _____ Case No.: _____

Nature of Claim: _____ Date Filed: _____

Outcome: _____ Date: _____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____   Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

## VI.    Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

Preliminary Injuction to place dividers between the bathroom stall toilets to stop PREA violations
Compensatory Damages
Punitive Damages

## VII.    Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____          _____          9-10-21
Signature of Plaintiff                Prison ID#            Date

Plaintiff's Address:   3000 Decker Crane

Covington Ky 41017

Page 8 of 8