**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 21-120-DLB**

**DAVON BURKE**                                                                          **PLAINTIFF**

**v.**                                              **JUDGMENT**

**IWEBVISIT.COM, et al.,**                                                              **DEFENDANTS**

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1)    Plaintiff Davon Burke's complaint (Doc. # 2) is **DISMISSED WITHOUT PREJUDICE**.

(1)    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 28th day of September, 2021.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\ORDERS\Cov2021\21-120 Judgment.docx